# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:08CR25

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| CARROL LEE OWENS ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* motion to dismiss and affidavit in support of such motion.[1]

Defendant moves the Court for dismissal of Counts Three and Six of the indictment[2] alleging that the term "means of identification" as defined in 18 U.S.C. § 1028(d)(7) would not apply to a VISA credit card since such card is issued by a financial institution and not by the federal Government. **Motion, at 2.** The Court finds such motion to be without merit.

---

[1] There is no supporting affidavit attached to the Defendant's motion.

[2] The indictment has now been superseded and the counts renumbered. This motion concerns the counts charged in the original indictment.

**IT IS, THEREFORE, ORDERED** that the Defendant's *pro se* motion to dismiss is **DENIED**.

Signed: April 28, 2008

Lacy H. Thornburg
United States District Judge