IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:08CR25

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| CARROL LEE OWENS | ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* motion to suppress and supporting affidavit.

The Defendant signed the motion on May 1, 2008, and such was received and filed by the Clerk on May 6, 2008. Between the dates of March 1 and May 6, the Defendant appeared before the Magistrate Judge and was appointed new counsel. Subsequent thereto, the Defendant entered into a plea agreement with the Government wherein he agreed to plead guilty to Counts 8 and 9 of the superseding bill of indictment. **See Superseding Bill of Indictment, filed April 25, 2008; Plea Agreement, filed May 5, 2008.** On May 5, 2008, the Defendant appeared with his new appointed attorney before the Magistrate Judge and entered his guilty

pleas at a Rule 11 hearing. **Rule 11 Inquiry and Order of Acceptance of Plea, filed May 5, 2008.** Because Defendant has now entered his pleas of guilty to the charges to which the motion to suppress relates, the motion is now moot.

**IT IS, THEREFORE, ORDERED** that the Defendant's *pro se* motion to suppress is **DENIED** as moot.

Signed: May 27, 2008

Lacy H. Thornburg
United States District Judge