# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:08CR25

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| CARROL LEE OWENS ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* motions to proceed *pro se* and to withdraw his plea agreement. Defendant's court appointed counsel has also moved to withdraw.

The Defendant has been scheduled for sentencing on Thursday, October 29, 2008. In view of the Defendant's *pro se* filings and his attorney's motion to withdraw, the Court will continue the sentencing hearing and, instead, will hold a status of counsel hearing as well as hear the Defendant's arguments as to why the Court should permit him to withdraw his plea.

**IT IS, THEREFORE, ORDERED** that the sentencing hearing scheduled for October 29, 2008, is **CONTINUED.**

**IT IS FURTHER ORDERED** that, in place of the sentencing hearing, the Court will hear Defendant's *pro se* motions and his attorney's motion to withdraw at the time previously designated for sentencing, *i.e.*, 1:30 PM, Thursday, October 29, 2008.

Signed: October 14, 2008

Lacy H. Thornburg
United States District Judge