# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:08CR25

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| ) | |
| CARROL LEE OWENS ) | |
| ) | |

**THIS MATTER** came on for hearing before the Court on October 29, 2008, on the Defendant's motions to proceed *pro se* and to withdraw his plea agreement and on motion of his court appointed counsel to withdraw.

For the reasons more fully set forth on the record in open court,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to withdraw his plea agreement is **DENIED.**

**IT IS FURTHER ORDERED** that Defendant's motion to proceed *pro se* is **ALLOWED**.

**IT IS FURTHER ORDERED** that the motion of Defendant's court appointed attorney, Fredilyn Sison, to withdraw is **ALLOWED**, and Ms.

Sison is hereby relieved of further responsibility for the representation of the Defendant herein.

Signed: November 3, 2008

Lacy H. Thornburg
United States District Judge