# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:08CR25

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| CARROL LEE OWENS | ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* motions to vacate the plea agreement and for "enhancement on time spent in confinement," filed November 4, 2008. The motions are denied.

Defendant's motion to "vacate" the plea agreement is another attempt to withdraw his plea. The Court has previously denied his motion to do so and again denies this motion to "vacate" his plea agreement. As for his motion for an "enhancement" of the time he has spent in pretrial confinement, his argument is totally without merit and is denied as frivolous.

**IT IS, THEREFORE, ORDERED** that the Defendant's motions to vacate his plea agreement and for enhancement on the time he has spent in pretrial detention are **DENIED**.

Signed: November 5, 2008

Lacy H. Thornburg
United States District Judge